```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMEN MARIA RIVERA,                           :
                                               :    **ORDER**
                        Plaintiff,             :
                                               :
                -against-                      :    20-CV-7280 (GBD) (OTW)
                                               :
COMMISSIONER OF SOCIAL SECURITY,               :
                                               :
                        Defendant.             :
                                               :
---------------------------------------------------------------X
```

**ONA T. WANG, United States Magistrate Judge:**

This Court is in receipt of Plaintiff's Motion for an Extension of Time to serve her portion of the Joint Stipulation through and including October 25, 2021, with the remaining Order to remain in effect. This motion is **DENIED in part and GRANTED in part.**

**IT IS ORDERED** that the parties' Joint Stipulation submission schedule is as follows, with the rest of the June 1, 2021 Scheduling Order in effect:

- Plaintiff has a four-week extension, until **August 24, 2021,** to deliver her portions of the Joint Stipulation.

- **Within 30 days, i.e., by September 23, 2021,** the Commissioner shall deliver his portions of the Joint Stipulation.

- **Within 14 days, i.e., by October 7, 2021,** Plaintiff's counsel shall incorporate into the Joint Stipulation any reply that Plaintiff may wish to make to the Commissioner's contentions, and shall deliver a completed copy of the Joint

Stipulation signed by Plaintiff to the government attorney for review, signature, and electronic filing.

- Within 3 days of delivery by Plaintiff's counsel of the signed Joint Stipulation**, i.e., by October 10, 2021,** the government attorney shall sign and electronically file the Joint Stipulation.

Separately, Plaintiff has **three weeks,** until **August 18, 2021,** to notify the Court, in writing, whether she consents to having the case before Judge Wang for all purposes. The Clerk of Court is directed to close ECF 22.

**SO ORDERED.**

Dated: July 29, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge