# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CARMEN MARIA RIVERA,

                Plaintiff,              20 **CIVIL** 7280 (GBD)(OTW)

      -v-                               **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 27, 2021, that the decision of the Commissioner of Social Security be, and hereby reversed and that this action be, and hereby is, remanded for further Administrative proceedings, including offering the plaintiff the opportunity for a hearing, evaluating the opinion of the treating sources as required by the regulations and providing ade novo decision in the case in accordance with the Commissioner's rules and regulations, and pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**Dated:**  New York, New York
         October 27, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                              **BY:**   *K. Mango*

                                                      **Deputy Clerk**